UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MUNGIN-BEY,

                            Plaintiff,

            -against-

NORDSTROM INC.; ERIK NORDSTROM;
PETE NORDSTROM,

                            Defendants.

25-CV-9437 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 20, 2025, the Court directed Plaintiff, within thirty days, to submit a completed amended request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended IFP application or paid the fees.[1] Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] On January 2, 2026, Plaintiff filed a letter stating that he submitted "documents that [were] request[ed]" (ECF 6, at 1), but there is no record on the docket of Plaintiff submitting an amended IFP application that is labeled for this action. This action is dismissed without prejudice to Plaintiff refiling the complaint and either submitting a complete IFP application or paying the filing fees.

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    January 23, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2