UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MUNGIN-BEY,

               Plaintiff,

      -against-

NORDSTROM INC.; ERIK NORDSTROM;

PETE NORDSTROM,

               Defendants.

25-cv-9437 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 23, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
            Chief United States District Judge